UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-0407 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 |
| : | (Conspiracy to Distribute and Possess With |
| JACQUES T. POWELL, : | Intent to Distribute Cocaine Base) |
| also known as "JT," : | |
| : | |
| Defendant. : | |
| : | UNDER SEAL |

PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1.  From in or about sometime in 1996 and continuing up to and through at least 2002, within the District of Columbia, the defendant, JACQUES POWELL, also known as "JT," knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute a mixture and substance containing more than fifty (50) grams of cocaine base, commonly known as crack cocaine.

2.  The principal object of the conspiracy was to make money and illicit profits for its leaders, members and associates from the distribution and the possession with the intent to distribute cocaine base, commonly known as crack cocaine.

3.  During the course of the conspiracy, and to effect its object, POWELL did commit, among others, the following overt acts: Beginning in 1996, POWELL regularly purchased wholesale quantities of crack cocaine in and about the

a neighborhood known as          POWELL obtained ounce, half-ounce, quarter-ounce, eight ball, or pre-packaged dime bag quantities of cocaine base, otherwise known as crack

cocaine from at least the following individuals involved in the conspiracy: Antwuan Ball, David Wilson, also known as "Wop," Desmond Thurston, also known as "Dazz," Gregory Bell, also known as "Boy-Boy," Burke Johnson, Joe Langley, Jasmine Bell, also known as "Jazz," and Raymond Bell, also known as "Santuce."

4. POWELL broke down the larger quantities of crack cocaine into smaller amounts and redistributed them with another member of the conspiracy and to customers located in Congress Park. POWELL redistributed primarily dime bags of crack cocaine at the retail level to users he would meet at various locations in Congress Park, Southeast, Washington, D.C. During his participation in the conspiracy, POWELL was responsible for the distribution of at least 150 grams of cocaine base, otherwise known as crack cocaine, in the District of Columbia.

## Limited Nature of Proffer

5. This proffer of evidence is not intended to constitute a complete statement of all facts known by POWELL but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. POWELL has provided additional information about the conspiracy (and his role in it) to the United States, which is not contained herein, but may be pertinent to the provisions of the United States Sentencing Guidelines Manual §1B1.8. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged conspiracy to distribute and possess with intent to distribute a mixture and substance containing more than fifty (50) grams of cocaine base, commonly known as crack cocaine.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

*/s/ Jeffrey Beatrice*

M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551821
555 4th Street, N.W., Room 4106
Washington, DC 20530
(202) 353-8831

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have discussed this proffer fully with my attorney, Howard Katzoff, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 1/6/06

_____
JACQUES T. POWELL
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have reviewed the entire proffer with my client and have discussed it with her fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 1/6/06

_____
HOWARD KATZOFF, Esquire
Counsel for Jacques T. Powell