CO-526
(12/86)

**FILED**
JAN 6 – 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ct EX 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Seal

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05-407
)
JACQUES T. POWELL )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent: _____
United States Attorney

Approved:

_____
Judge