AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| JACQUES T. POWELL | |
| | CASE NUMBER: 05-407 |

FILED JAN 6 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __JACQUES T. POWELL__, the above named defendant, who is accused of

CONSPIRACY TO DISTRIBUTE COCAYNE BASE IN VIOLATION OF 21 USC 846

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/6/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer