CO-526
(12/86)

PRAECIPE

**FILED**
JAN 6 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## for the District of Columbia

SEALED

the __6th__ day of __JANUARY__ 19 __2006__

UNITED STATES
vs.
JACQUES T. POWELL

~~Civil~~/Criminal Action No. __05-407 (RWR__

The Clerk of said Court will __please enter the appearance of undersigned counsel in the above-captioned case.__

_____       HOWARD B. KATZOFF  #348292
(Name)       (Bar ID)              (Name)        (Bar ID)
_____       717 D STREET, N.W., SUITE 310
(Address)                        WASHINGTON, DC 20004
                                 (Address)
_____       (202) 783-6414
(Phone Number)                   (Phone Number)

_____       JACQUES T. POWELL - DEFENDANT
(Attorney For)                   (Attorney For)