UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. Cr.-05-0407 (RWR) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| JACQUES T. POWELL | : | Intent to Distribute CocaineBase) |
| also known as "J.T" | : | |
| | : | |
| Defendant. | : | |
| | : | UNDER SEAL |

**FILED**
APR - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the parties file another joint status report by July 14, 2006, stating whether the defendant should be referred for a pre-sentence investigation and the matter be scheduled for sentencing, or whether a deadline should be set for filing another status report.

SIGNED this ____6th____ day of ____April____, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Howard Katzoff, Esq.
717 D Street, NW, Suite 310
Washington, DC 20004