## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. Cr.-05-0407 (RWR)** |
| | **:** | |
| **v.** | **:** | **VIOLATIONS: 21 U.S.C. §846** |
| | **:** | **(Conspiracy to Distribute and Possess With** |
| **JACQUES T. POWELL** | **:** | **Intent to Distribute Cocaine Base)** |
| **also known as "J.T"** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | **UNDER SEAL** |

### JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, hereby submit this joint status report. The defendant continues to cooperate with the Government in its case. The Government expects that the defendant will provide trial testimony in connection with at least one other case. In addition, the defendant continues to provide information to the government which is assisting it in its investigation. The parties believe that additional time is needed for the defendant to complete his cooperation and would request that the case not be scheduled for sentencing at this time. The parties propose that they file another joint status report in approximately 90 days, by November 20, 2007, or earlier if appropriate. The attorney for the defendant, Howard Katzoff, has been advised of the contents of this joint status report and concurs with it.

Respectfully submitted on behalf of the parties,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

_____

Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-0174

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been sent by first class mail and facsimile (202-628-2881) to counsel for the defendant, Howard Katzoff, Esquire, 717 D Street, NW, Suite 310, Washington, DC 20004, this 4th day of September, 2007.

_____

Glenn S. Leon
Assistant United States Attorney