UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-0407 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 (Conspiracy to Distribute and Possess With Intent to Distribute CocaineBase) |
| JACQUES T. POWELL : also known as "J.T" : | |
| Defendant. : | |
| : | **UNDER SEAL** |

FILED
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon the Court's review of the Government's Motion for Leave to File Government's Unopposed Motion to Postpone Sentencing and Joint Status Report, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Unopposed Motion to Postpone Sentencing and Joint Status Report may be filed by September 5, 2007.

Date: 9/7/07

RICHARD W. ROBERTS
United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Howard Katzoff, Esq.
717 D Street, NW, Suite 310
Washington, DC 20004