UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 05-407- RWR |
| | ) | *UNDER SEAL* |
| | ) | |
| JACQUES T. POWELL | ) | |

### MOTION TO CONTINUE HEARING ON VIOLATION
### AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the Defendant, through undersigned counsel, and respectfully moves this Court to continue the hearing on violation in his case to a Friday in October or November, 2007. In support of this motion defendant states as follows:

1. Late in the afternoon on September 21, 2007, undersigned counsel received notice that a hearing on violation was re-scheduled for September 26, 2007 at 9:30 A.M. before Magistrate Judge Facciola.

2. Undersigned counsel is unavailable that day because he is scheduled to begin a multi-defendant drug conspiracy trial before Judge Walton at 9:00 A.M. that morning. The trial is expected to last approximately six weeks. Judge Walton is conducting the trial Mondays through Fridays, unless he determines that it is necessary to expeditiously finish the trial. Judge Walton is also not sitting between November 9th and November 27th if the trial lasts that long. Thus counsel is unavailable for a HOV hearing on September 26th, and will only be available on Fridays for the next six weeks, or sometime between November 9th and November 27th.

3. Mr. Powell is a cooperator who testified in the Antwuan Ball trial currently being tried before Judge Roberts. If Mr. Powell is required to come to the courthouse and wait around for

counsel to have a break in the trial, he will likely run into family members and friends of the defendants in the Antwuan Ball case, which could result in a serious security risk for Mr. Powell. Counsel believes that the Antwuan Ball case is also not sitting on Fridays. Thus a Friday hearing would be best for security reasons as well.

    4. Finally, counsel would note that the re-arrest case, which is the basis for the HOV, is scheduled for trial on a Misdemeanor Calendar in the Superior Court sometime in early October. Thus the Court, counsel, and the Probation Department should have more information regarding the HOV if a hearing is set after that trial date.

    5. Counsel has not had an opportunity to contact government counsel to ascertain its position because counsel felt it was necessary to file this motion immediately.

    WHEREFORE, for all the reasons set forth above, and in the interest of justice, the Defendant respectfully requests that the Court continue the Hearing on Violation in the above-captioned case, and re-schedule it on a Friday or on a date between November 9th and 27th.

Respectfully submitted,

Howard B. Katzoff (Bar #348292)
717 D Street, NW   Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Jacques T. Powell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by hand upon AUSA Glen Leon at the United States District Courthouse, and my mail to the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, this __24th__ day of September, 2007.

Howard B. Katzoff