UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 05-407- RWR |
| | ) | **_UNDER SEAL_** |
| | ) | |
| JACQUES T. POWELL | ) | |

## ORDER

This Court has considered the Defendant's Consent Motion to Continue the Hearing on Violation (HOV), and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _26_ of _September_, 2007,

ORDERED, that Defendant's motion is GRANTED, and

FURTHER ORDERED that the Hearing on Volation is continued to _November 2_, 2007, at _9:30_ (A.M.)/ P.M.; and it is

FURTHER ORDERED that the defense counsel shall notify the defendant of the new court date and of his obligation to appear on that date and time.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Glen Leon, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530