**FILED**

DEC 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. Cr.-05-0407 (RWR) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| JACQUES T. POWELL | : | Intent to Distribute Cocaine Base) |
| also known as "J.T" | : | |
| | : | |
| Defendant. | : | |
| _____ | : | **UNDER SEAL** |

## ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the United States Probation Office be directed to prepare a Presentence Investigation Report for the defendant in this case; and it is

FURTHER ORDERED that sentencing in this case be scheduled for the __18th__ day of __April__, 2008 at __10:00__ a.m./~~p.m.~~ and all sentencing memoranda and motions are filed by the __11th__ day of __April__, 2008.

SIGNED this __3rd__ day of __December__, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Howard Katzoff, Esq.
717 D Street, NW, Suite 310
Washington, DC 20004