UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. Cr.-05-0407 (RWR)** |
| | : | |
| v. | : | **VIOLATIONS: 21 U.S.C. §846** |
| | : | **(Conspiracy to Distribute and Possess With** |
| **JACQUES T. POWELL** | : | **Intent to Distribute Cocaine Base)** |
| also known as "J.T" | : | |
| | : | |
| Defendant. | : | |
| | : | **UNDER SEAL** |

## STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-referenced cooperating witness has been recently arrested while out on release pending sentencing in the instant case.

Specifically, on November 14, 2007, Mr. Powell was arrested on the charge of simple assault relating to a domestic dispute arising with his ex-girlfriend inside of 209 V Street, NE, Washington, D.C. This case was "papered" by the Domestic Violence Section of the U.S. Attorneys's Office (Superior Court case number 2007DVM002498). Mr. Powell was initially held without bond in this Superior Court matter, but has since been released on his personal recognizance. A status hearing in that case has been set for December 21, 2007.

The undersigned Assistant is not handling this new Superior Court charge and has explicitly told the Assistant who is handling the new charge to prosecute it in whatever way she normally would (*i.e.* the Assistant was told not to take Mr. Powell's cooperation into account in determining how to go forward with the case).

1

Since Mr. Powell's arrest, the undersigned Assistant (along with other Assistants working on the instant case for which Mr. Powell is offering assistance) has met with Mr. Powell. At no time did anyone talk to Mr. Powell regarding the substance of the underlying recent re-arrest. Rather, the meetings related to: (i) having Mr. Powell placed into temporary housing for 3 days after he was released on the new Superior Court matter; (ii) assisting Mr. Powell in his efforts to find employment; (iii) assisting Mr. Powell in his efforts to reinstate his driver's license; and (iv) Mr. Powell's safety. Government counsel have also had conversations with Mr. Powell's attorney in the instant matter, Howard Katzoff, regarding these issues as well. (Mr. Powell is represented by another attorney in his new Superior Court matter).

The government has learned that on Thursday, November 29, 2007, Mr. Powell was re-hired as an electrician's assistant at a business where Mr. Powell used to work. The government has also learned from Mr. Katzoff that he has been successful in his efforts to arrange for Mr. Powell to resume his drug-testing through the Department of Probation (these efforts were arranged during a

hearing before Magistrate Judge Kay in order to assure that Mr. Powell would be able to drug-test at an "off-site" location which was not in downtown, Washington, D.C. in order to assure Mr. Powell's safety.). The government is not aware of any recent drug use by Mr. Powell.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498-610

        _____
        Glenn S. Leon
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 305-0174

## CERTIFICATE OF SERVICE

     I HEREBY certify that a copy of the foregoing has been sent by first class mail and facsimile (202-628-2881) to counsel for the defendant, Howard Katzoff, Esquire, 717 D Street, NW, Suite 310, Washington, DC 20004, this 30th day of November, 2007.

        _____
        Glenn S. Leon
        Assistant United States Attorney