**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. Cr.-05-0407 (RWR)** |
| | **:** | |
| **v.** | **:** | **VIOLATIONS: 21 U.S.C. §846** |
| | **:** | **(Conspiracy to Distribute and Possess With** |
| **JACQUES T. POWELL** | **:** | **Intent to Distribute Cocaine Base)** |
| **also known as "J.T"** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | **UNDER SEAL** |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, and the defendant, by and through his counsel, hereby submit this joint status

report, requesting that a sentencing date be scheduled in this matter.  The defendant has completed

his cooperation with the government in this case.  Accordingly, the parties jointly respectfully

request that: (i) the United States Probation Office be directed to prepare a Presentence Investigation

Report for the defendant; and (ii) a sentencing date be scheduled in this matter.  The parties have

conferred and are both available during the weeks of April 14 and 21, 2008.

Respectfully submitted on behalf of the parties,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

_____

Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-0174

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been sent by first class mail and facsimile (202-628-2881) to counsel for the defendant, Howard Katzoff, Esquire, 717 D Street, NW, Suite 310, Washington, DC 20004, this 30th day of November, 2007.

_____
Glenn S. Leon
Assistant United States Attorney