UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-0407 (RWR) |
| : | |
| v.    : | VIOLATIONS: 21 U.S.C. §846 |
| : | (Conspiracy to Distribute and Possess With |
| JACQUES T. POWELL   : | Intent to Distribute Cocaine Base) |
| also known as "J.T"   : | |
| : | |
| **Defendant.**  : | |
| _____  : | **UNDER SEAL** |

**ORDER**

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the United States Probation Office be directed to prepare a Presentence Investigation Report for the defendant in this case; and it is

FURTHER ORDERED that sentencing in this case be scheduled for the _____ day of _____, 2008 at _____ a.m./p.m. and all sentencing memoranda and motions are filed by the _____ day of _____, 2008.

SIGNED this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Howard Katzoff, Esq.
717 D Street, NW, Suite 310
Washington, DC 20004