UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. Cr.-05-0407 (RWR) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| JACQUES T. POWELL | : | Intent to Distribute Cocaine Base) |
| also known as "J.T" | : | |
| | : | |
| Defendant. | : | |
| | : | **UNDER SEAL** |

**ORDER**

Upon the Court's review of the Government's Unopposed Motion for Leave to Late File a Joint Status Report, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Joint Status Report may be filed by December 4th, 2007.

Date: _____

                                                              _____
                                                              RICHARD W. ROBERTS
                                                              United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Howard Katzoff, Esq.
717 D Street, NW, Suite 310
Washington, DC 20004