UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 05-407 (RWR) |
| **JACQUES T. POWELL,** | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

It is hereby

ORDERED that the government's unopposed motion for leave to late file a joint status report be, and hereby is, GRANTED nunc pro tunc.

SIGNED this 6th day of December, 2007.

*/s/ Richard W. Roberts*
_____
RICHARD W. ROBERTS
United States District Judge