**HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
APR 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :   Docket No.: <u>05-CR-407</u>
                                  :
vs.                               :
                                  :
POWELL, Jacques                   :   Disclosure Date: <u>March 14, 2008</u>

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.
    ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                         Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.
    (X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
**Defendant**             Date        **Defense Counsel**    Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 28, 2008**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
       United States Probation Officer

# HOWARD B. KATZOFF
ATTORNEY AT LAW
717  D  STREET, N.W.
SUITE 310
WASHINGTON, D.C. 20004

TEL: (202) 783-6414                                      FAX: (202) 628-2881

April 3, 2008

Mr. Michael Penders
United States Probation Officer
United States District Court, 2d Floor
333 Constitution Avenue, N.W.
Washington, D.C.  20001

                              RE :   United States v. Powell
                                     Case No. 05-407 (RWR)

Dear Mr. Penders;

   Please be advised that I am writing to note the following objection to the PSR. Please be advised that although the inaccuracy does not affect the guideline calculation, I consider it material because it could impact the sentencing considerations in the case.

   P. 12, para 63:   Defendant was not subject to a 21 U.S.C. 851(a) enhancement.

   Wherefore, I respectfully request that the above correction be made to the PSR. As always, your time and attention to this matter is greatly appreciated.

                                                Sincerely,

                                                /Howard B. Katzoff/

HBK/mf

cc. AUSA Glenn Leon
    555 Fourth Street, N.W.
    Washington, D.C.  20530